UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 21−31209
                                                         Chapter 13
Latoya D Washington ,

    Debtor.

## NOTICE OF RESCHEDULED CONFIRMATION HEARING

    PLEASE TAKE NOTICE that the confirmation hearing is **rescheduled** for **September 30, 2021** at **11:00 AM** at **Phone: (877) 336−1839, Participant Code: 9617616, Host: Bill Livingston**.

Dated September 3, 2021

Juan−Carlos Guerrero
Clerk of Court