**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re | Case No. 21−31209<br>Chapter 13 |
| Latoya D Washington , | |
|     Debtor. | |

**NOTICE OF RESCHEDULED CONFIRMATION HEARING**

    PLEASE TAKE NOTICE that the confirmation hearing is **rescheduled** for **September 30, 2021** at **11:00 AM** at **Phone: (877) 336−1839, Participant Code: 9617616, Host: Bill Livingston**.

Dated September 3, 2021

*[signature]*

Juan−Carlos Guerrero
Clerk of Court

United States Bankruptcy Court

Middle District of Alabama

In re:                                            Case No. 21-31209-WRS

Latoya D Washington                    Chapter 13

        Debtor

**CERTIFICATE OF NOTICE**

District/off: 1127-2                                    User: admin                                Page 1 of 3

Date Rcvd: Sep 03, 2021                         Form ID: nhrgCONF                       Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latoya D Washington, 1143 Lakewood Dr, Montgomery, AL 36109-5017 |
| cr | + | Century 21 Brandt Wright Realty Inc, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| 4585246 | + | Capstone Finance, 3207 Atlanta Highway, Montgomery, AL 36109-3435 |
| 4592906 | + | Century 21 Brandt Wright Realty, Inc., 1900 Berryhill Rd., Montgomery, AL 36117-7789 |
| 4585250 | + | DARBY LAW FIRM, BMB Property Mgt., P.O. Box 3905, Montgomery, AL 36109-0905 |
| 4585252 | + | DISTRICT COURT OF MONTGOMERY, CIVIL DIVISION DV 20-902530, P.O. BOX 1667, MONTGOMERY, AL 36102-1667 |
| 4585251 | + | DISTRICT COURT OF MONTGOMERY, CIVIL DIVISION SM 2017-904240, P.O. BOX 1667, MONTGOMERY, AL 36102-1667 |
| 4585240 | | EQUIFAX INFORMATION SERVICES LLC, P.O. BOX 740241, Atlanta, GA 30374-0241 |
| 4585254 | + | ERICA WASHINGTON, 1665 CROUSON ST, Montgomery, AL 36110-2255 |
| 4585242 | | EXPERION, P.O. BOX 9701, Allen, TX 75013-9701 |
| 4585253 | + | Easy Money Payday Loans, 1310 Eastern Blvd, Montgomery, AL 36117-1602 |
| 4585255 | + | FED LOAN, P.O. BOX 60610, Harrisburg, PA 17106-0610 |
| 4585257 | + | FIRST PREMIER, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 4585256 | + | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4585259 | ++ | GUARDIAN CREDIT UNION, 1789 CONGRESSMAN W L DICKNSON DR, MONTGOMERY AL 36109-2601 address filed with court:, Guardian Credit Union, 1789 Cong WL Dickinson Drive, Montgomery, AL 36109 |
| 4585261 | + | JACKSON HOSPITAL, 1725 PINE STREET, Montgomery, AL 36106-1117 |
| 4585262 | + | MAX CREDIT UNION, 400 EASTDALE CIR, Montgomery, AL 36117-2117 |
| 4585263 | | MAX FEDERAL CREDIT UNION, P. O. BOX 244040, MONTGOMERY, AL 36124-4040 |
| 4585266 | + | NAVY FEDERAL CREDIT UNION, 3311 MALCOLM DR, Montgomery, AL 36116-8874 |
| 4594251 | + | RADIOLOGY GROUP, c/o HOLLOWAY CREDIT SOLUTIONS, PO BOX 230609, MONTGOMERY, AL 36123-0609 |
| 4585273 | + | Rodjae Williams, 1143 Lakewood Dr, Montgomery, AL 36109-5017 |
| 4585274 | + | Speedy Cash 141, 7330 W 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 4590144 | + | THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An A, c/o CHAMBLESS-MATH & CARR, PC, P.O. BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4585241 | + | TRANSUNION CONSUMER SOLUTIONS, P.O. BOX 2000, CHESTER, PA 19016-2000 |
| 4600663 | + | TRIBUTE CAPITAL PARTNERS LLC, P.O. BOX 167762, IRVING, TX 75016-7762 |
| 4594766 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4585276 | + | Valeria Auto Sales, 4025 Troy Hwy, Montgomery, AL 36116-2690 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4585243 | + | Email/Text: G2APCBANK@southernco.com | Sep 03 2021 20:18:00 | ALABAMA POWER, 200 DEXTER AVE, Montgomery, AL 36104-3739 |
| 4585244 | + | Email/Text: G2APCBANK@southernco.com | Sep 03 2021 20:18:00 | Alabama Power, Post Office Box 242, Birmingham, AL 35292-0001 |
| 4585245 | + | Email/Text: JGEORGE@BESTWAYRTO.COM | Sep 03 2021 20:19:00 | BESTWAY RENTALS, 12400 COIT RD SUITE 950, Dallas, TX 75251-2042 |
| 4585247 | + | Email/Text: chesterfieldmtg@bellsouth.net | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 03 2021 20:19:00 | CHESTERFIELD LOANS, 19 S. PERRY STREET, MONTGOMERY, AL 36104-3756 |
| 4585248 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 03 2021 20:18:00 | Credit Acceptance, 25505 W 12 Mile, Southfield, MI 48034 |
| 4586711 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 03 2021 20:18:00 | Credit Acceptance, 25505 W 12 Mile Road, Suite #3000, Southfield MI 48034-8331 |
| 4585249 | + | Email/Text: bk@creditcentralllc.com | Sep 03 2021 20:19:00 | Credit Central AL 04, 1734 East Main Street, Prattville, AL 36066-5582 |
| 4600473 | | Email/Text: bankruptcytn@wakeassoc.com | Sep 03 2021 20:18:00 | EMERGENCY SERVICES OF MONTGOMERY, PC, c/o Wakefield & Associates, Inc, PO Box 51272, Knoxville, TN 37950-1272 |
| 4585265 | | Email/Text: bhenline@mwwssb.com | Sep 03 2021 20:18:00 | MONTGOMERY WATER WORKS, 2000 INTERSTATE PARK DRIVE, Montgomery, AL 36109 |
| 4585264 | | Email/Text: bhenline@mwwssb.com | Sep 03 2021 20:18:00 | MONTGOMERY WATER WORKS, P.O. BOX 1631, MONTGOMERY, AL 36102-1631 |
| 4585267 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 03 2021 20:19:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, Merrifield, VA 22119-3000 |
| 4590140 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2021 20:19:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 4585270 | + | Email/Text: newbk@Regions.com | Sep 03 2021 20:19:00 | REGIONS BANK, 201 MONROE STREET, Montgomery, AL 36104-3735 |
| 4585271 | + | Email/Text: bankruptcy@rentacenter.com | Sep 03 2021 20:19:00 | RENT-A-CENTER, 5501 HEADQUARTERS DR, Plano, TX 75024-5845 |
| 4585272 | + | Email/Text: bankruptcy@rentacenter.com | Sep 03 2021 20:19:00 | RENT-A-CENTER, 864 West Fairview Ave, Montgomery, AL 36108-4117 |
| 4585269 | + | Email/Text: newbk@Regions.com | Sep 03 2021 20:19:00 | Regions Bank, 1900 5th Avenue N, Birmingham, AL 35203-2670 |
| 4585268 | | Email/Text: bankruptcy@tritonmgt.com | Sep 03 2021 20:19:00 | Quik Pawn Shop, 2591 Madison Ave, Montgomery, AL 36107 |
| 4585277 | + | Email/Text: bankruptcy@westernshamrock.com | Sep 03 2021 20:19:00 | WESTERN SHAMROCK, 801 S ABE, San Angelo, TX 76903-6735 |
| 4585278 | + | Email/PDF: bk@worldacceptance.com | Sep 03 2021 20:36:32 | World Finance, 4327 Atlanta Hwy, Montgomery, AL 36109-3170 |
| 4587625 | + | Email/PDF: bk@worldacceptance.com | Sep 03 2021 20:36:16 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4585260 | *P++ | GUARDIAN CREDIT UNION, 1789 CONGRESSMAN W L DICKNSON DR, MONTGOMERY AL 36109-2601, address filed with court:, Guardian Credit Union, 418 Madison Ave, Montgomery, AL 36104 |
| 4587289 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 4587313 | *+ | Navy Federal Credit Union, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| 4585258 | ##+ | Five Star Auto Sales, 927 Company Street, Wetumpka, AL 36092-2019 |
| 4585275 | ##+ | T&C Auto Sales, 1480 Ann Street, Montgomery, AL 36107-3100 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Century 21 Brandt Wright Realty Inc LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Richard Shinbaum | on behalf of Debtor Latoya D Washington rshinbaum@smclegal.com skyser@smclegal.com;jdalton@smclegal.com;nhill@smclegal.com;shinbaumrr52086@notify.bestcase.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4