UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 21-31209-WRS
                                                             Chapter 13

LATOYA D. WASHINGTON,

    Debtor.

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The Chapter 13 plan filed by the debtor came on for confirmation hearing on October 14, 2021.

The debtor has not commenced payments under the plan as required by 11 U.S.C. § 1326. Accordingly, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the Chapter 13 Trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 20th day of October, 2021.

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
      Richard Shinbaum, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*